UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SKMK EMERGENCY ROOM LLC;<br>SUN CITY EMERGENCY ROOM, LLC;<br>ER365, LLC D/B/A THE HEIGHTS<br>EMERGENCY ROOM; and<br>MONTROSE ER, LLC,<br><br>       *Plaintiffs,*<br><br>v.<br><br>UNITEDHEALTHCARE OF<br>TEXAS, INC.,<br><br>       *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:23-cv-00392-ALM |

## FINAL JUDGMENT

In accordance with the Order of Dismissal Without Prejudice entered in this case on this date, it is hereby

**ORDERED, ADJUDGED AND DECREED** that this case is dismissed without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

SIGNED this 18th day of October, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE